# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# BEAUMONT DIVISION

| | | |
|---|---|---|
| JOHN GRIFFIN | § § § | |
| V. | § | 1:13-CV-311 |
| CHRISTOPHER FEDAK | § § | |

## ORDER ADOPTING REPORT AND RECOMMENDATION OF
## UNITED STATES MAGISTRATE JUDGE

On May 15, 2013, the court assigned this *pro se* case to the Honorable Zack Hawthorn, United States Magistrate Judge, for pretrial management pursuant to General Order 05-07. The court has received and considered the magistrate judge's Report and Recommendation (Doc. No. 23), which states that the court should grant the Defendant's Motion to Dismiss (Doc. No. 17). No objections have been filed to the magistrate judge's report, and the time for doing so has passed. It is, therefore,

**ORDERED** that the magistrate judge's Report and Recommendation (Doc. No. 23) is **ADOPTED**; the Defendant's Motion to Dismiss (Doc. No. 17) is **GRANTED**; and the Plaintiff's claims are **DISMISSED WITH PREJUDICE**.

So **ORDERED** and **SIGNED** this **10** day of **December, 2013.**

_____
Ron Clark, United States District Judge